UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

IN RE: STATUS CORRECTION, STANDING,

AND CAPACITY OF

**Jean Ellen Bludau Pauley,**

**living woman, sui juris; Trustee,**

**The Jean Ellen Bludau Pauley Redemption Trust**

**(private capacity; without surety),**

NOV 18 2025 AM10:44
FILED - USDC - FLMD - TPA

Affiant.

Case No. 8 : 25- cv - 3168- CEH - LSG

_____/

AFFIDAVIT AND NOTICE OF STATUS CORRECTION, STANDING,

AND CAPACITY;

REQUEST FOR DOCKET ANNOTATION;

AND

NOTICE TO CERTAIN PUBLIC OFFICERS AND AGENCIES

(SERVICE MATRIX ATTACHED)

1. **Judicial Clarification Note.** Affiant respectfully advises the Court that this

Notice is tendered as a ministerial recordation of status and capacity and for

docket-annotation purposes only. It does not seek to create or divest subject-

matter jurisdiction, to request a separate "status trial," to adjudicate religious

1

I.F.P.

doctrine, or to require the Court to rule on the validity of any private trust, UCC filing, or similar private instrument. Affiant understands that all substantive claims, defenses, and requests for relief in any underlying case must be presented by proper pleading or motion and will be governed by the Constitution of the United States, applicable statutes, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court. This Notice is intended solely to reduce confusion regarding Affiant's asserted capacity, to preserve a clear record, and to place a simple PRESENTMENT-AND-VERIFICATION PROTOCOL ON FILE, while expressly disclaiming any reliance on "sovereign citizen" or extra-legal immunity theories.

## SUMMARY

2. Affiant, Jean Ellen Bludau (birth name), also known as "Jean Ellen Pauley" and "Jean Pauley," is a living woman, sui juris, appearing in expressly stated private capacity and without surety for any artificial or statutory "person." She gives this **AFFIDAVIT AND NOTICE OF STATUS CORRECTION, STANDING, AND CAPACITY; REQUEST FOR DOCKET ANNOTATION; AND NOTICE TO CERTAIN PUBLIC OFFICERS AND AGENCIES** for the limited purposes of: **(1)** correcting and clarifying her status, standing, and capacity on the public record and

requesting that the Court and Clerk annotate the docket accordingly; **(2)** lodging a **PRESENTMENT & VERIFICATION PROTOCOL** as **EXHIBIT E** and the **TRUST CERTIFICATE/ABSTRACT** for The Jean Ellen Bludau Pauley Redemption Trust as **EXHIBIT C; (3)** placing identified public officers, registrars, treasuries, depositories, and custodians who handle paper, accounts, or instruments associated with her vital record and related registries on notice of their constructive fiduciary duties, including a duty to cease adverse control and provide a full accounting and reconveyance within the time stated herein; and **(4)** advising the recipients listed in the attached **SERVICE MATRIX (inclusive/made part of the Certificate of Service)** that any present or future demand directed to Affiant or to Trustee and/or The Jean Ellen Bludau Pauley Redemption Trust **must conform** to the PRESENTMENT & VERIFICATION STANDARDS on file (identified living claimant, underlying wet-ink contract, lawful consideration, and verification under penalty of perjury), with all rights and remedies at law and in equity reserved without prejudice.

3. **Affiant further notices all officers, registrars, treasuries, depositories, transfer agents, fiscal agents, clearing utilities, and other custodians who have held, pledged, encumbered, or administered such estate, collateral, or instruments that this is a formal act of status correction,**

**redemption of** collateral, and reconveyance demand. They are directed to **CEASE** any further adverse use or control; to PROVIDE a full and true accounting (including master ledgers, sub-accounts, vouchers, identifier-level and CUSIP-level records, and any related journal entries); and to **RECONVEY, RELEASE, and DELIVER** any legal, nominal, or record title, and all related instruments necessary to release, discharge, redeem, or reconvey the same, to the undersigned Trustee of The Jean Ellen Bludau Pauley Redemption Trust within thirty (30) calendar days of receipt of this Affidavit, and in any event no later than December 18, 2025, without delay and without prejudice to any rights and remedies reserved herein.

4. **Failure to provide the requested accounting and reconveyance within that thirty-day period shall be treated as willful non-compliance and a continuing wrong.** Affiant expressly reserves the right, in any court of competent jurisdiction, to seek coercive and compensatory relief, including but not limited to an award of monetary damages in an amount not less than Fifty Thousand Dollars ($50,000.00) per calendar day for each day of delinquency after the thirtieth (30th) day.

5. **Affiant is not missing or presumed lost under any cestui que vie presumption.** She stands as an American National, living and domiciled upon the land and soil of the Florida Republic. By this instrument she

corrects and publishes her status, standing, and capacity on the public record as a living woman, sui juris, appearing only in expressly stated private capacity and **without surety for any artificial or statutory "person." Acting in that corrected status and standing, and in her expressly stated private capacity as Trustee of The Jean Ellen Bludau Pauley Redemption Trust, she gives notice that she is reclaiming, for and on behalf of said Trust, any and all beneficial, equitable, and residual interests in any estate, account, security, ledger, collateral, proceeds, or other property that any public or private actor has associated with, pledged against, or indexed to the constructive persona / ens legis styled as "JEAN ELLEN PAULEY" (SSN); and/or "JEAN ELLEN BLUDAU" (birth record); and/or "JEAN ELLEN BLUDAU PAULEY," or any upper/lower case and/or ALL-CAPS variation thereof, including but not limited to any birth-certificate-linked, Social Security–linked, or similar registered estate, and to redeem any collateral, proceeds, or value that is owed to, or properly attributable to, her and/or The Jean Ellen Bludau Pauley Redemption Trust.**

## NOTE TO COURT (MINISTERIAL CHARACTER OF THIS FILING)

6. For the avoidance of doubt, Affiant acknowledges that the jurisdiction, powers, and procedures of this Court are governed by the Constitution of the

United States, applicable federal statutes, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of the United States District Court for the Middle District of Florida. **This Affidavit is tendered as a ministerial recordation of status and a request for docket annotation and proper presentment protocols.** It is not intended to divest the Court of subject-matter jurisdiction where it exists by law, to assert immunity from duly enacted statutes, or to advance any theory that would place Affiant outside the reach of this Court when jurisdiction and venue are otherwise proper.

7.    **Any references herein to "constructive trust," "fiduciary," "ens legis," or similar concepts are Affiant's good-faith characterizations of relationships and duties as she understands them and do not purport to impose obligations beyond those recognized by law and equity as applied by this Court.** To the extent any terminology used in this Affidavit could be misconstrued as associated with so-called "sovereign citizen" theories, Affiant expressly disclaims reliance on extra-legal theories and relies solely on rights and remedies recognized by positive law and equitable principles within this Court's authority.

## I. STATUS, CAPACITY, AND IDENTIFIERS
## (WHO I AM AND WHO I AM NOT)

1. **I, Jean Ellen Bludau Pauley, also known as "Jean Ellen Pauley" and "Jean Pauley," appear in special appearance as a living woman, sui juris, and as Trustee of The Jean Ellen Bludau Pauley Redemption Trust, without joinder or surety for any statutory "person."** I am not an infant, ward, or incompetent. I am not a corporate entity, not a ward of the State, not a minor in commerce, and not a surety for any fictitious persona. I am the heir to my birth name and any associated record and appear only in expressly stated private capacity, reserving all rights without waiver or novation.

2. **For the avoidance of doubt regarding terminology in federal tax statutes, any use of "U.S. person" in this Affidavit refers only to statutory definitions in the Internal Revenue Code, including 26 U.S.C. § 7701, and is not an admission of suretyship or merger with an artificial persona.** I do not consent to being treated as a corporate or statutory persona by typographic styling, registry codes, or administrative presumptions. Tax classification questions are governed by federal law and agency process; nothing herein waives rights or creates liabilities.

3. **Identifier paragraph (for matching only; FRCP 5.2 compliant).** For matching purposes only, and subject to Federal Rule of Civil Procedure 5.2 privacy protections, the following partial identifiers are provided:

(a) Social Security name: JEAN ELLEN PAULEY, with number xxx-xx-8294;

(b) SSN identifier: F04664729 ("F" ZERO FOUR SIX SIX FOUR SEVEN TWO NINE);

(c) Birth Certificate number 00232;

(d) Year of birth: 1959.

These identifiers are included solely to allow public officers, registrars, treasuries, depositories, and custodians to correctly match records, and are not to be used for any new encumbrance, pledge, or adverse action.

4. **I am an American National domiciled upon the land and soil of the Florida Republic in my way of life and duty as a neighbor.** I am not a citizen or resident of the UNITED STATES corporation. I belong to no corporation. I will keep peace with all, render to each what is due, and keep clean books so that truth and reconciliation are possible in every audit of my household.

5. **Typographical styling, registry codes, dockets, and account numbers are administrative conventions; they are not identity.** Any use of ALL-CAPS styling and/or upper/lower case styling for my name is noticed as a caption for paper, not the living woman. Nomen non est persona—the name

is not the person. No signature, style, or registry entry shall be construed as consent to merge the living into a juridical persona or as suretyship for any such persona.

## II. PURPOSE, TRUST NOTICE, AND NON-JOINDER

6. This Affidavit is a ministerial recordation of status, standing, and capacity and a formal reclamation demand concerning any State-created or State-administered birth-certificate-linked estate, identifiers, instruments, or accounts established or maintained in my ENS LEGIS (ALL-CAPS or upper/lower case) name.

7. I stand as the living principal over any paper caption and assert status, standing, and private signatory authority for my house and its books, with all rights reserved. In the private, **I act as Trustee of The Jean Ellen Bludau Pauley Redemption Trust,** a private, ecclesiastical, non-statutory trust. I serve as Trustee with sole private signatory authority for custody, direction, and accounting maintained in the minute book, articles, schedules, and subledgers of the Trust.

8. Any public officer, registrar, agency, clerk, treasury officer, depository, or administrative custodian who handles paper, accounts, or instruments associated with my vital record or upper/lower case and/or ALL-CAPS

name is deemed a fiduciary in constructive trust, required to account truthfully and avoid unjust enrichment.

9. **I reserve non-joinder to any presumed involuntary franchise or statutory persona and do not consent to derivative suretyship under any captioning practice, including under the Fourteenth Amendment.** This Affidavit does not seek to alter nationality by declaration; it preserves my private capacity and demands that any claim against me conform to the Presentment & Verification Protocol on file (living claimant; wet-ink contract; consideration; verification under penalty of perjury).

## III. CEASE-CONTROL, ACCOUNTING, AND DELIVERY; 30-DAY DEADLINE

10. Affiant places all public officers, registrars, treasuries, depositories, transfer agents, fiscal agents, clearing utilities, and custodians who handle paper, accounts, or instruments associated with her vital record, including any records or accounts indexed to Social Security name JEAN ELLEN PAULEY with number xxx-xx-8294, SSN identifier F04664729, and Birth Certificate number 00232; born 1959 (partial identifiers provided for matching only), or to any upper/lower case and/or ALL-CAPS styling of her ens legis name, JEAN ELLEN PAULEY (SSN); and/or JEAN ELLEN

BLUDAU (birth record); and/or JEAN ELLEN BLUDAU PAULEY, on notice that she regards and treats them as fiduciaries in constructive trust.

11. **EFFECTIVE UPON SERVICE OF THIS AFFIDAVIT, all such custodians are required to:**

(a) **CEASE** any further adverse control, pledge, encumbrance, use, disposition, or setoff involving such estate, accounts, or collateral;

(b) **PRODUCE a full and truthful ACCOUNTING,** including master ledgers, sub-accounts, statements, vouchers, CUSIP/identifier-level records, and chain-of-title; and

(c) **DELIVER** all records and any instruments necessary to release, discharge, redeem, reconvey, or otherwise clear title to the same, to the undersigned Trustee of The Jean Ellen Bludau Pauley Redemption Trust within thirty (30) calendar days of receipt of this Affidavit, and in any event **no later than December 18, 2025.**

12. Failure to comply within that thirty-day period shall be treated as willful non-compliance and a continuing wrong. Affiant reserves the right, in any court or forum of competent jurisdiction, to seek coercive and compensatory relief, including but not limited to monetary damages in an amount not less than Fifty Thousand Dollars ($50,000.00) per calendar day for each day of delinquency after the thirtieth (30th) day, together with costs, and fees.

## IV. PRESENTMENT & VERIFICATION PROTOCOL; POSITIVE-LAW ANCHOR

13. To minimize misunderstandings and abusive, automated, or unsupported demands, Affiant lodges a simple **Presentment & Verification Protocol** as **Exhibit E**. Any present or future demand directed to Affiant or to Trustee of The Jean Ellen Bludau Pauley Redemption Trust must conform to the four minimum elements set forth in **EXHIBIT E:** (1) identified living claimant; (2) true and correct wet-ink contract with Affiant (or a properly certified copy thereof); (3) lawful consideration, with intelligible breakdown of any amount claimed; and (4) verification under penalty of perjury (including 28 U.S.C. § 1746 or applicable state equivalent) by a competent signatory with personal knowledge.

14. Any item that fails to meet these requirements is treated as non-presentment and informational only, insufficient to create a lawful obligation or duty to perform. Machine-generated letters, auto-notices, unverified printouts, and database echoes do not suffice. Affiant reserves the right to ignore, return, or challenge such items without waiver, estoppel, or novation.

15. This Protocol is intended to support and not contradict the requirements of truthful pleading and evidence under the Federal Rules of Civil Procedure

and the Federal Rules of Evidence, due-process principles that notice and opportunity to be heard be meaningful and grounded in real facts, and maxims of equity that "equity will not suffer a wrong without a remedy" and "he who comes into equity must come with clean hands." Affiant does not rely on extra-legal "immunity" or any theory that would place her beyond the reach of duly enacted law when jurisdiction and venue are proper.

## V. SCRIPTURAL PRINCIPLES AND CONSCIENCE (EXPLANATORY ONLY)

16. Consistent with her sincerely held religious beliefs, Affiant acknowledges YHWH (Yahweh) as the supreme moral authority (Exodus 3:14–15) and addresses God as "Father/Abba" as taught by Jesus (Matthew 6:9; Mark 14:36) and the Grantor of The Jean Ellen Bludau Pauley Redemption Trust. Jean Ellen Bludau Pauley, the Trustee, understands life and resources as stewardship, not exploitation (Psalm 24:1; Psalm 21), affirms charity and service (Matthew 6:1–4; James 1:27; Matthew 25:35–36; Proverbs 19:17; Deuteronomy 14:28–29; 26:12–13; Acts 4:32–35; 2 Corinthians 9:6–8), justice without partiality (Proverbs 31:8–9; Micah 6:8; Deuteronomy 16:19; James 2:1), honest weights and measures (Leviticus 19:35–36; Proverbs 11:1; Romans 12:17), diligent prayer (1 Thessalonians 5:17; Acts 2:42;

Colossians 3:17), and work and provision (Ephesians 4:28; Acts 20:35; 1 Timothy 5:8).

17. The Trustee and Affiant recognizes that this Court applies enacted law and does not ask the Court to adopt religious doctrine as civil law. These statements explain the conscience and duties by which she orders her private affairs and the administration of The Jean Ellen Bludau Pauley Redemption Trust.

## VI. RESERVATION OF RIGHTS; U.C.C. §§ 1-103, 1-308; FRCP 5.2

18. Reservation of Rights — U.C.C. 1-308 & Common Law Preservation. Affiant explicitly reserves all of her unalienable rights granted by God, retained through the Constitution for the United States of America, the Florida Constitution, and the Common Law. Any and all signatures, endorsements, or interactions with public entities are undertaken "without prejudice," "without surety," and "without joinder," pursuant to U.C.C. § 1-308 and U.C.C. § 1-103, which preserves all remedies in law and equity. Silence is not consent; performance is not acceptance; appearance is not joinder.

19. **Beneficial Title and Capacity Preserved.**
Affiant stands as the living woman, Jean Ellen Bludau Pauley, in private

14

capacity — not as a corporate fiction, ward of the State, U.S. citizen

franchise, or surety for any artificial entity. She serves as Trustee of The

Jean Ellen Bludau Pauley Redemption Trust, a private ecclesiastical trust

established in equity for redemption and correction of status. Her capacity

legend is properly stated on every instrument and signature and is not to be

misinterpreted as corporate consent or public suretyship.

20. **FRCP 5.2 Privacy / Redaction Compliance.**

**Affiant certifies that this Affidavit and its Exhibits comply with Federal**

**Rule of Civil Procedure 5.2. Only partial identifiers are used where**

**necessary for matching, and she reserves the right to further redact or**

**supplement identifiers upon request of the Court.**

## VII. PRAYER FOR MINISTERIAL RELIEF

21. **Filing and Lodging.**

That the Clerk receive, file, and lodge this AFFIDAVIT AND NOTICE OF

STATUS CORRECTION, STANDING, AND CAPACITY; REQUEST

FOR DOCKET ANNOTATION; AND NOTICE TO CERTAIN PUBLIC

OFFICERS AND AGENCIES, together with Exhibit C (Trust

Certificate/Abstract) and Exhibit E (Presentment & Verification Protocol),

as a ministerial recordation of status, standing, and capacity—without

construing it as a general appearance or as consent to jurisdiction beyond

what is expressly stated herein.

22. **Docket Annotation (Status & Capacity).**

That the docket reflect the following party identification for all future

entries:

"Jean Ellen Bludau Pauley — living woman, sui juris; Trustee, The Jean

Ellen Bludau Pauley Redemption Trust (private capacity; without surety)";

and that this capacity notation travel with every future caption or minute

entry referencing Affiant's name.

23. **Caption Integrity; No Presumptive Merger.**

That the Court and Clerk refrain from converting, abbreviating, or replacing

the foregoing capacity legend with ALL-CAPS or other upper/lower case

administrative styling, and that no presumption of merger between the living

woman and any statutory "person" be made absent verified contract and

order on notice.

24. **Clerk Routing; Service Preferences.**

That any Court notices, orders, or minute entries intended for Affiant be

addressed to:

**Trustee — The Jean Ellen Bludau Pauley Redemption Trust**

**c/o Trustee Jean Ellen Bludau Pauley**

**1431 S. Kingsway Rd., Box 32**

**Seffner, FL 33584**

and that electronic copies (if issued) be treated as courtesy only, with hard-copy controlling the record.

25. **Presentment & Verification Protocol (On File).**

   That the Court acknowledge receipt and lodging of the Presentment & Verification Protocol as Exhibit E, and that any future demand directed to Affiant in this matter conform to the four required elements set forth therein.

26. **Trust Certificate/Abstract (On File).**

   That the Court acknowledge receipt and lodging of the Trust Certificate/Abstract for The Jean Ellen Bludau Pauley Redemption Trust as Exhibit C, with the understanding that the full trust and schedules are private and not subject to public docketing absent a specific, narrowly-tailored order on notice.

27. **Non-Joinder; No Suretyship.**

   That the Court note for the record Affiant's non-joinder to any statutory "person," franchise, or office and Affiant's no-surety position with respect to

any ALL-CAPS or lower/upper caption; and that no suretyship be implied, inferred, or imposed by default, silence, or typographical convention.

28. **Special Appearance Preserved.**

That all actions taken by Affiant in relation to this Affidavit be recorded as special appearance for status clarification only, without waiver, estoppel, or novation, and without conversion into a general appearance.

29. **Leave to Supplement Record.**

That Affiant be granted leave to supplement this status record with: (a) certified mail receipts/green cards; (b) any subsequently recorded instruments (e.g., certified copies of recorded deeds or UCC acknowledgments); and (c) any additional capacity notices or Independent Fiduciary approvals pertinent to this docket.

30. **No Substantive Adjudication Requested Herein.**

That the Court construe this Section as a ministerial prayer for docket clarity and notice only; no adjudication of religious doctrine or private-trust terms is requested, and Affiant recognizes that the Court applies enacted law and rules of procedure.

31. **General Reservation.**

All rights and remedies at law and in equity are reserved without prejudice

(including U.C.C. §§ 1-103, 1-308). Silence is not consent; performance is not acquiescence. Notice to agent equals notice to principal, and vice-versa.

## VIII. VERIFICATION / 28 U.S.C. § 1746 DECLARATION

32. I, Jean Ellen Bludau Pauley, am the Affiant and the Trustee of The Jean Ellen Bludau Pauley Redemption Trust. I have read the foregoing AFFIDAVIT AND NOTICE OF STATUS CORRECTION, STANDING, AND CAPACITY; REQUEST FOR DOCKET ANNOTATION; AND NOTICE TO CERTAIN PUBLIC OFFICERS AND AGENCIES (including all Sections and Exhibits referenced therein). To the best of my knowledge, information, and belief formed after reasonable inquiry, the factual statements contained therein are true and correct, and the statements of belief, capacity, and intent are sincerely and accurately stated.

33. Pursuant to 28 U.S.C. § 1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on this _/7_ day of November, 2025, at Hillsborough County, Florida.

_Jean Ellen Pauley_

Jean Ellen Bludau Pauley, Trustee

The Jean Ellen Bludau Pauley Redemption Trust

(private capacity; sui juris; without surety)

Respectfully submitted,

Jean Ellen Bludau Pauley, Trustee

Dated: November ___ / 7 ___, 2025

Jean Ellen Bludau Pauley, Trustee

1431 S. Kingsway Rd., Box 32

Seffner, FL 33584

jeanpauley@yahoo.com

803-766-9866

**EXHIBIT INDEX ATTACHED**

• **Exhibit C** – Trust Certificate/Abstract for The Jean Ellen Bludau Pauley

Redemption Trust.

• **Exhibit E** – Presentment & Verification Protocol (on-file standards for lawful

presentment).

# EXHIBIT C

## TRUST CERTIFICATE / ABSTRACT

## THE JEAN ELLEN BLUDAU PAULEY REDEMPTION TRUST

1. **Existence of Trust and Date.**

   The undersigned certifies that a trust exists and is known as "The Jean Ellen Bludau Pauley Redemption Trust" (the "Trust"), created by written trust agreement (the "Trust Agreement") dated NOVEMBER 17, 2025, and that the Trust is in full force and effect and has not been revoked, modified, or amended in any manner that would make this Certificate incorrect.

2. **Settlor / Grantor.**

   For civil and Florida trust-law purposes, the Settlor (grantor) of the Trust is: Jean Ellen Bludau Pauley, also known as "Jean Ellen Pauley" and "Jean Pauley," a living woman domiciled upon the land and soil of the Florida Republic.

**For spiritual and ecclesiastical purposes, the Settlor acknowledges God as the ultimate Grantor of life, substance, and dominion referenced in the Trust. For spiritual and ecclesiastical purposes, the term "Redemption" in the Trust name reflects the Settlor's personal beliefs and has no effect on the Trust's**

22

civil characterization as a revocable living trust under Florida law. This spiritual acknowledgment does not alter the civil effect of this Certificate.

3. **Current Trustee and Address.**

The current acting Trustee of the Trust is:

**Jean Ellen Bludau Pauley, Trustee**

**Trustee of The Jean Ellen Bludau Pauley Redemption Trust**

**Mailing Address:**

**1431 S. Kingsway Rd., Box 32**

**Seffner, Florida 33584**

The Trustee appears in expressly stated private capacity, sui juris, and without surety for any artificial or statutory "person."

4. **Revocability; Power to Revoke or Amend.**

The Trust is revocable during the lifetime of the Settlor. The sole person holding the power to revoke or amend the Trust is the Settlor, Jean Ellen Bludau Pauley, unless and until incapacity or other conditions specified in the Trust Agreement occur.

5. **Powers of Trustee.**

The Trustee has all powers granted under the Trust Agreement and applicable law, including, without limitation, the power to hold, receive,

23

manage, invest, reinvest, sell, convey, lease, encumber, exchange, and

otherwise deal with Trust property; to open and maintain bank, brokerage,

and investment accounts; and to execute all instruments and take all actions

reasonably necessary or advisable to administer the Trust.

6. **Cotrustees and Authority to Sign.**

At present there is only one acting Trustee, Jean Ellen Bludau Pauley. No

cotrustees are serving. Accordingly, the signature or other lawful

authentication of Jean Ellen Bludau Pauley, as Trustee, is sufficient to

exercise the powers of the Trustee for current transactions involving the

Trust.

7. **Manner of Taking Title; Reliance.**

Title to Trust property may be taken in the name of the Trustee in

substantially the following form (or a reasonable abbreviation thereof):

"Jean Ellen Bludau Pauley, Trustee of The Jean Ellen Bludau Pauley Redemption

Trust, dated NOVEMBER 17, 2025."

Any person who, in good faith and without knowledge that the following

representations are incorrect, relies on this Trust Certificate may rely on the

existence of the Trust and on the authority of the Trustee as stated herein. This

1431 S. Kingsway Rd., Box 32

Seffner, FL 33584

jeanpauley.com | 803-766-9866

**STATE OF FLORIDA**

**COUNTY OF HILLSBOROUGH**

Sworn to (or affirmed) and subscribed before me by means of

[ ] physical presence [ ] online notarization

this ___17___ day of November, 2025, by

Jean Ellen Bludau Pauley, who is personally known to me or who has

produced ___US Passport___ as identification.

_____

Notary Public – State of Florida

Printed Name: ___Robert A. Mohr Jr.___

Commission No.: ___HH 466590___

My Commission Expires: ___Nov 20, 2027___

(Place Notary Seal Here)

> ROBERT A. MOHR JR.
> Notary Public, State of Florida
> Commission# HH 466590
> My comm. expires Nov. 20, 2027

Reservation of rights: I invoke all of my constitutional rights to the fullest extent

permitted by law and reserve all rights without waiver.

# EXHIBIT E

## PRESENTMENT & VERIFICATION PROTOCOL

## (ON-FILE FOR ALL DEMANDS DIRECTED TO AFFIANT / TRUSTEE)

1. **Purpose.**

   This Presentment & Verification Protocol is lodged as Exhibit E to Affiant's Notice of Status Correction, Standing, and Capacity; Request for Docket Annotation; and Notice to Certain Public Officers and Agencies, for the limited purpose of:

   (a) reducing confusion, abusive automation, or unsupported "paper demands";

   (b) ensuring that any claim or demand directed to Affiant, Trustee, or to The Jean Ellen Bludau Pauley Redemption Trust is grounded in an actual living claimant, a real contract, lawful consideration, and sworn verification; and

   (c) aligning presentment with basic principles reflected in the Federal Rules of Civil Procedure and Evidence, due process, and equity (truthful pleading, proof, and accountability under penalty of perjury).

2. **Scope.**

   This Protocol applies to any claim, demand, notice, billing, collection

27

activity, or purported obligation directed to:

(a) Affiant, a living woman, sometimes styled in public records as "JEAN ELLEN PAULEY" (SSN); and/or "JEAN ELLEN BLUDAU" (birth record); and/or "JEAN ELLEN BLUDAU PAULEY," in any upper/lower case or ALL-CAPS variation; and/or

(b) The Jean Ellen Bludau Pauley Redemption Trust, its Trustee, or its Trust Estate, where the demand seeks money, performance, collateral, or any detriment to Affiant or the Trust.

3. **Minimum Presentment Requirements.**

Before any duty is acknowledged or performance considered, any demand directed to Affiant, Trustee, or the Trust must include all of the following four elements:

**(1) Identified living claimant.**

The name and contact information of the real, living man or woman who claims to be injured, owed, or entitled, or who is lawfully authorized to act for such party. A generic "UNITED STATES," agency caption, or machine-generated letterhead is not sufficient by itself.

**(2) Wet-ink contract with Affiant.**

A true and correct copy of the underlying contract, instrument, or agreement

bearing Affiant's, Trustee's wet-ink signature (or a properly certified copy thereof), demonstrating her actual consent and the scope of any alleged obligation. Administrative stylings, assumed accounts, or unilateral forms without bilateral agreement do not satisfy this requirement.

(3) **Lawful consideration.**

A clear statement of the lawful consideration given or promised in exchange for any alleged obligation, together with an intelligible breakdown of the amount claimed, including principal, interest, fees, and the legal basis for each category.

(4) Verification under penalty of perjury.

A signed verification or declaration, under penalty of perjury (e.g., 28 U.S.C. § 1746 or applicable state equivalent), by a competent signatory with personal knowledge, attesting that the facts stated and the amount claimed are true and correct to the best of his or her knowledge, information, and belief.

4. **Form of Delivery.**

Presentments conforming to this Protocol may be mailed to:

Trustee — The Jean Ellen Bludau Pauley Redemption Trust

c/o Trustee Jean Ellen Bludau Pauley

1431 S. Kingsway Rd., Box 32

Seffner, Florida 33584.

5. **Non-Compliant Items: Non-Presentment.**

Any item that fails to meet all four of the foregoing elements shall be treated as non-presentment and as insufficient to establish a lawful obligation or duty to perform. In particular, machine-generated letters, auto-notices, statements lacking identified living claimants, or unverified printouts and database echoes are treated as informational only, not as binding presentment. Affiant reserves the right to ignore, return, or challenge such items without waiver, estoppel, or novation.

6. **Reservation of Remedies Upon Non-Compliance.**

Failure or refusal to comply with this Protocol—after being placed on notice—may be cited by Affiant as evidence of:

(a) refusal to account;

(b) lack of a bona fide claim;

(c) potential abuse of process or unfair/deceptive practice; and/or

(d) need for judicial or administrative intervention for an accounting, reconveyance, restitution, or other relief.

Affiant expressly reserves the right, in any court or forum of competent jurisdiction, to seek appropriate remedies, including but not limited to: motions to compel proper verification, motions for protective orders, applications for sanctions or fee-shifting where authorized by law, and such equitable relief as

tracing, accounting, restitution, rescission, constructive trust, or quiet title, as the facts and law may warrant.

7. **Harmony with Positive Law; No Extra-Legal Claims.**

This Protocol is intended to support and not contradict:

(a) the requirements of truthful pleading and evidence under the Federal Rules of Civil Procedure and Evidence;

(b) due-process principles that notice and opportunity to be heard be meaningful and grounded in real facts; and

(c) the maxims of equity that "equity will not suffer a wrong without a remedy" and "he who comes into equity must come with clean hands."

Affiant does not rely on extra-legal "immunity" or any theory that would place her beyond the reach of duly enacted law when jurisdiction and venue are proper. To the extent any terminology in other filings could be misconstrued as asserting "sovereign citizen"-style immunity, such theories are expressly disclaimed; Affiant relies solely on rights and remedies recognized by this Court's governing law and equitable powers.

8. **No Waiver; All Rights Reserved.**

Nothing in this Exhibit waives any right, defense, claim, or objection. All rights at law and in equity are reserved without prejudice, including those

Certificate does not disclose the dispositive terms of the Trust, which remain

private.

Dated: NOVEMBER 17, 2025

Hillsborough County, Florida

By: _____

Jean Ellen Bludau Pauley, Trustee

Trustee of The Jean Ellen Bludau Pauley Redemption Trust

( gold seal )



**STATE OF FLORIDA**

**COUNTY OF HILLSBOROUGH**

The foregoing Trust Certificate/Abstract of The Jean Ellen Bludau Pauley

Redemption Trust was acknowledged before me by means of

[✓] physical presence [ ] online notarization

this __17__ day of ___Nov_____, 2025, by Jean Ellen Bludau Pauley, in

her capacity as Trustee of The Jean Ellen Bludau Pauley Redemption Trust, who is

personally known to me or who has produced

_____US Passport_____ as identification.

25

Notary Public, State of Florida

Printed Name: _Robert A. Mohr Jr._

Commission No.: _HH 466580_

My Commission Expires: _Nov 20 2027_

(Place Notary Seal Here)

ROBERT A. MOHR JR.
Notary Public, State of Florida
Commission# HH 466590
My comm. expires Nov. 20, 2027

26

recognized in U.C.C. §§ 1-103 and 1-308, to the extent applicable. Silence is not consent; performance is not acquiescence; and courtesy cooperation shall be treated as non-adverse and without waiver.

Executed as of ___*November 17*___, 2025, at Hillsborough County, Florida.

---

Jean Ellen Bludau Pauley, Affiant and Trustee

The Jean Ellen Bludau Pauley Redemption Trust

(private capacity; sui juris; without surety)

Unsworn Declaration under 28 U.S.C. § 1746:

I declare under penalty of perjury that this Presentment & Verification Protocol reflects my genuine standards and intentions for lawful presentment and verification of claims directed to me or to The Jean Ellen Bludau Pauley Redemption Trust.

By: Jean Ellen Bludau Pauley, Trustee

Jean Ellen Bludau Pauley Redemption Trust

**STATE OF FLORIDA**

**COUNTY OF HILLSBOROUGH**

The foregoing Presentment & Verification Protocol was acknowledged before me

by means of

[✓] physical presence [ ] online notarization

this _17_ day of _Nov_____, 2025, by JEAN ELLEN BLUDAU

PAULEY, in her capacity as Trustee of The Jean Ellen Bludau Pauley Redemption

Trust, who is personally known to me or who has produced

_____US Passport_____ as identification.

_____

Notary Public, State of Florida

Printed Name: _Robert A. Mohr Jr._

Commission No.: _HH 466590_

My Commission Expires: _Nov 20, 2027_

(Place Notary Seal Here)

ROBERT A. MOHR JR.
Notary Public, State of Florida
Commission# HH 466590
My comm. expires Nov. 20, 2027

_____

# CERTIFICATE OF SERVICE

Service. I certify that a true and correct copy of the foregoing AFFIDAVIT AND

NOTICE OF STATUS CORRECTION, STANDING, AND CAPACITY;

REQUEST FOR DOCKET ANNOTATION; AND NOTICE TO CERTAIN

PUBLIC OFFICERS AND AGENCIES **(SERVICE MATRIX ATTACHED)**

was sent via U.S. Postal Service, Certified Mail, Return Receipt Requested to the

following listed **(SERVICE MATRIX)** below:

President of the United States (The White House)
1600 Pennsylvania Ave NW
Washington, DC 20500

1. U.S. Department of the Treasury
   1500 Pennsylvania Ave NW
   Washington, DC 20220

2. Internal Revenue Service (Headquarters)
   1111 Constitution Ave NW
   Washington, DC 20224

3. Bureau of the Fiscal Service (U.S. Department of the Treasury)
   320 Avery Street
   Parkersburg, WV 26101

4. Board of Governors of the Federal Reserve System
   20th Street & Constitution Ave NW
   Washington, DC 20551

5. U.S. Department of Justice — Office of the Attorney General
   950 Pennsylvania Ave NW
   Washington, DC 20530-0001

6. Attorney General, State of Florida
   PL-01 The Capitol
   Tallahassee, FL 32399-1050

7. U.S. Attorney's Office — Middle District of Florida (Tampa)
   400 North Tampa Street, Suite 3200
   Tampa, FL 33602

8. Clerk of Court — U.S. District Court, Middle District of Florida (Tampa Division)
   Sam M. Gibbons U.S. Courthouse
   801 North Florida Avenue
   Tampa, FL 33602

9. U.S. House of Representatives (for distribution to Member)
   United States House of Representatives
   Washington, DC 20515

10. United States Senate (for distribution to Senators)
    United States Senate
    Washington, DC 20510

11. Consumer Financial Protection Bureau (CFPB)
    1700 G Street NW
    Washington, DC 20552

12. Office of the Comptroller of the Currency (OCC)
    400 7th Street SW, Suite 3E-218
    Washington, DC 20219

13. Federal Deposit Insurance Corporation (FDIC)
    550 17th Street NW
    Washington, DC 20429

14. Federal Trade Commission (FTC)
    600 Pennsylvania Ave NW
    Washington, DC 20580

15. Securities and Exchange Commission (SEC)
    100 F Street NE
    Washington, DC 20549

16. U.S. Department of Housing and Urban Development (HUD)
    451 7th Street SW
    Washington, DC 20410

17. Federal Housing Finance Agency (FHFA)
    400 7th Street SW
    Washington, DC 20024

18. National Credit Union Administration (NCUA)
    1775 Duke Street
    Alexandria, VA 22314

19. Florida Department of Financial Services (Chief Financial Officer)
    200 East Gaines Street
    Tallahassee, FL 32399

20. Florida Office of Financial Regulation (Agency Clerk)
    200 East Gaines Street, Suite 504
    Tallahassee, FL 32399-0379

21. Florida Department of Health — Bureau of Vital Statistics (Walk-in)
    1217 N Pearl Street
    Jacksonville, FL 32202

22. Florida Department of Health — Bureau of Vital Statistics (Mail-in)
    P.O. Box 210
    Jacksonville, FL 32231-0042

23. Texas Department of State Health Services — Vital Statistics (Mailing)
    P.O. Box 12040
    Austin, TX 78711-2040

24. Texas Department of State Health Services — Physical Address
    1100 West 49th Street
    Austin, TX 78756-3199

25. Social Security Administration — Office of Public Inquiries and
    Communications Support
    1100 West High Rise
    6401 Security Boulevard
    Baltimore, MD 21235

26. Social Security Administration — Office of the General Counsel (Service of
    Process / Program Litigation)
    Office of Program Litigation
    6401 Security Boulevard
    Baltimore, MD 21235

27. Social Security Administration — Atlanta Regional Public Affairs (Region 4
    – covers Florida)
    61 Forsyth Street SW, Suite 23T29
    Atlanta, GA 30303-8907

28. Hillsborough County Clerk of the Circuit Court & Comptroller
    P.O. Box 3360
    Tampa, FL 33601-3360

29. Hillsborough County Sheriff's Office
    P.O. Box 3371
    Tampa, FL 33601

30. Hillsborough County Tax Collector
    P.O. Box 30009
    Tampa, FL 33630-3009

31. Hillsborough County Property Appraiser
    County Center — 15th Floor
    601 E. Kennedy Blvd.
    Tampa, FL 33602-4932

32. Hillsborough County Supervisor of Elections
    2514 N. Falkenburg Rd.
    Tampa, FL 33619

33. Hillsborough County Board of County Commissioners / County
    Administrator
    Fredrick B. Karl County Center
    601 E. Kennedy Blvd.
    Tampa, FL 33602

A proof of service will be filed pursuant to Rule 4(l) upon completion.